

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00719-CV

**IN RE** Osyve Derek **RODGERS**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              H. Todd McCray, Justice

Delivered and Filed: November 26, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed his petition for writ of mandamus on November 7, 2025. After considering the petition and the record, this court concludes that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2014-CI-18148, styled *In the Interest of S.I.R., a Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.